IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **EDWARD STEWART** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:16CV261-HSO-JCG** |
| | § | |
| **TREASURE BAY, LLC,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon Defendants' Motion [17] to Dismiss. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authority, finds that in accord with its Memorandum Opinion and Order entered this date,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 6th day of February, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE